NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-198

STATE OF LOUISIANA

VERSUS

RANDELL TURNER

************

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NOS. 66,395 and 66,387,
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

Thibodeaux, C.J., dissents and assigns written reasons.

AFFIRMED.

William E. Tilley
District Attorney
Terry W. Lambright
Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana 71446-1188
(337) 239-2008
Counsel for:
        State of Louisiana

**Paula C. Marx**
**Louisiana Appellate Project**
**Post Office Box 80006**
**Lafayette, Louisiana  70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant:**
**Randell Turner**